Polino and Pinto, P.C.
A Professional Corporation
720 East Main Street, Suite 1C
Moorestown, NJ 08057
856-727-1777
jfpolino@prodigy.net
By: Joseph M. Pinto, Esq. ID#012951977

Carl D. Poplar, P.A.
A Professional Corporation
1010 Kings Highway South
Cherry Hill, NJ 08034
cpoplar@poplarlaw.com
856-216-9979
By: Carl D. Poplar ID# 241211967

**Attorneys for Plaintiffs**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

------------------------------------

| | |
|---|---|
| Frances Antico, the Executrix of the Estate of June Germinario; Agnes Stefanelli; Claude Z. Davila; Wayne Strelecki; Marius Culda; Dawn Culda; Raid Assaf; Robert Rovinsky, Executor of the Estate of Susan Rovinsky; Greg Rusin; Pamela Kurt and Jeffrey Rothstein on behalf of themselves and all other class action members similarly situated | Hon. Christine O'Hearn , U.S.D.J.<br>Hon. Matthew J. Skahill, U.S.M.J.<br><br>Civil No. 1:20-cv-12130-CPO-MJS |
| *Plaintiffs* | NOTICE OF MOTION FOR CERTIFICATION AS A FINAL JUDGMENT OR AS AN APPEALABLE INTERLOCUTORY ORDER UNDER 28 USCS 1292(b) THE COURTS ORDERS OF 09/26/24 (DOC. 319) AND 10/16/24 (DOC. 322) UNDER FRCP 54(b) |
| - vs - | |
| RAM Payment, LLC. t/a Reliant Account Management; Ram America Inc.; Reliant Account Management, LLC (California); Reliant Account Management, LLC (Tennessee); Account Management Systems LLC; Reliant Account Management Systems, LLC; GS Associated Holdings, LLC a/k/a GS Holdings LLC (California); GS Associated Holdings LLC a/k/a GS Holdings, LLC (Arizona); WST Management LLC; Austin Co. LLC; Reliant Management Services LLC; Stephen Chaya; Gregory Winters; Scott | |

Austin; Stephen Chaya Trust Agreement;  :
Richard W. Torkelson; Teresa Dodson; SADM
Holdings, Inc.; William Ergas; William Ergas  :
SD IRA; Active Debt Solutions, LLC f/k/a
Active Debt Solutions, Inc. d/b/a Guardian  :
Legal Center; Paralegal Support Group, LLC
f/k/a Paralegal Staff Support, LLC; John  :
Doe(s) 1-100, said name of John Doe(s) being
fictitious  :
                               *Defendants.*

-----------------------------------

PLEASE TAKE NOTICE that the Plaintiffs, Francis Antico, Executrix of the Estate of June Germinario, et al, individually and on behalf of the putative class hereby moves before the Honorable Christine O'Hearn, United States Federal District Judge, on an expedited basis for the following:

1.      That pursuant to Federal Rules of Civil Procedure 54(b) that the Order of Dismissal of September 26, 2024, (Doc. 319) which reconsideration was denied on October 16, 2024, (Doc. 322) be certified as a final judgment.

2. For an Order pursuant to 28 USC §1292(b) that the Order of the Court of September 26, 2024, dismissing Plaintiff's complaint with prejudice as to the Defendants SADM Holdings Inc., Richard Wade Torkelson, Teresa Dodson, William Ergas, William Ergas S.D. IRA for lack of personal jurisdiction, which Order was the subject of an Order denying reconsideration on October 16, 2024, involves a controlling question of law as to which there is substantial grounds for

differences of opinion and that an immediate appeal from the Order may materially advance the ultimate termination of the litigation.

Plaintiffs shall rely upon the attached brief.

>POLINO AND PINTO, P.C.
>A Professional Corporation
>*/s/ Joseph M. Pinto*
>BY: Joseph M. Pinto

>CARL D. POPLAR, P.A.
>A Professional Corporation
>*/s/ Carl D. Poplar*
>By: Carl D. Poplar

Dated: October 24, 2024